UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE TELL,<br><br>    Plaintiff,<br><br>    -v.-<br><br>9 WEST 73RD STREET LLC, et al.,<br><br>    Defendants. | 24 Civ. 7161 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court is in receipt of the attached email from Plaintiff's counsel to Defendants' counsel dated January 13, 2025, on which Plaintiff's counsel copied the Court. Plaintiff's counsel is cautioned that "[c]opies of correspondence between counsel shall not be sent to the Court, except as exhibits to a properly filed document." Indiv. Rule 2.A.

      SO ORDERED.

Dated: January 19, 2025
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge

**Rearden NYSD Chambers**

---

| | |
|---|---|
| **From:** | khklaw <khklaw@gmail.com> |
| **Sent:** | Monday, January 13, 2025 9:13 PM |
| **To:** | Alisa Y. Gdalina; Rearden NYSD Chambers; Stephen P. Pischl; Tom Lambert; Colalillo, Christine (LAW) |
| **Subject:** | Re: Tell v. 9 W 73rd St, et al, 1:24-cv-07161 |
| **Attachments:** | image001.jpg; image002.gif |

**CAUTION - EXTERNAL:**

It's Kamal, not Hamal.

I am under a judge imposed deadline to file a motion for default by January 20. I already have a clerk endorsed certificate of default. I don't know if you need to file a motion to vacate the certificate or not.

If you want an extension as the other defendants have, then I suggest you ask the Judge. I don't have the authority to grant such relief.

At the present time my responsibility is to file a motion for default by January 20. Figuring out how to get you an extension is not my responsibility.

Thank you for your time and attention in this matter.

Regards,

Karim H. Kamal
(212) 586-0510

On Mon, Jan 13, 2025 at 3:48 PM Alisa Y. Gdalina <AGdalina@clausen.com> wrote:

> Good afternoon Mr. Hamal,
>
> This e-mail is a follow-up to the voicemail I left you a few minutes ago. Our firm was just assigned to represent Rick Elezi Management and its individual owners in the subject matter. Looking at the docket, I see that the Court approved a request by the rest of the defendants to respond to the complaint by February 4, 2025. Are you amenable to the same extension for our clients? If so, we will file a letter-motion asap. I can be reached at the number below if you'd like to discuss further.
>
> Thank you,
> Alisa
>
> **Alisa Y. Gdalina | Associate**
> Clausen Miller P.C. | 28 Liberty Street, 39th Floor | New York, New York 10005

1

212.805.3927 | vCard | bio

**Clausen Miller P.C.** Illinois • New York • California • New Jersey • Indiana • Wisconsin • Connecticut • Florida • Texas
**Clausen Miller International** London • Paris • Rome • Brussels

This electronic mail and any attachments are privileged and confidential and may be protected by the attorney-client privilege or attorney work product doctrine. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is unauthorized. If you have received this electronic mail in error, please notify the sender immediately by calling 212.805.3900 and delete it from your computer. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.