**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOSEPHINE TELL,

                      Plaintiff,

      -against-                                  24 **CIVIL** 7161 (VEC)

                                                      **JUDGMENT**

9 WEST 73RD STREET LLC, THE CITY OF
NEW YORK, BRUSCO GROUP INC.,
WESTSIDE MANAGEMENT CORP., BRUSCO
CONTRACTING CORP., RICK ELEZI
MANAGEMENT INC. doing business as R.E.M
RESIDENTIAL, L&N REALTY CO, JNP JC
BRUSCO ASSOCIATES, JPN REALTY LLC,
NICHOLAS E. BRUSCO, JOSEPH O. BRUSCO,
RICK ELEZI, SHPRESA ELEZI, JOSE
VARGAS, GARY H. ROSE, JPN J REALTY
LLC, JOHN DOES 1-20, and ABC
CORPORATION "1" THROUGH "5",

                    Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 9, 2026, Defendants' Motions to Dismiss

are GRANTED with respect to Plaintiff's FHA claims. The Court declines to exercise

supplemental jurisdiction over the remaining claims. Accordingly, the case is closed.

**Dated:** New York, New York

      February 13, 2026

                                     **TAMMI M. HELLWIG**

                                         **Clerk of Court**

                **BY:**

                                         **Deputy Clerk**